COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## CONTINUING ORDER OF ABATEMENT

Appellate Case:      No. 01-11-00597-CR, *Remi Chidi Nwaogu v. The State of Texas*
Trial Court Case:     No. 1285509 in the 176th District Court of Harris County, Texas

Appellant has filed a motion to substitute counsel.   He requests that attorney Augustin T. Pink be permitted "to substitute and replace" appointed counsel, Joseph Salahab, on appeal.   On January 19, 2012, we abated this appeal and remanded the case for the trial court to conduct a hearing regarding the motion to substitute counsel.

Prior to that, the Court had abated the related case, appellate cause number 01-11-00598-CR, trial court cause number 1285510, for the trial court to conduct a hearing on the motion to substitute filed in that case and to make certain determinations with respect to appellant's counsel.   The trial court held the hearing in that case on January 6, 2012.   We received the clerk's record and reporter's record from that hearing containing the trial court's ruling permitting retained counsel, Augustin Pink, to substitute for appointed counsel, Joseph Salahab, and containing the requested findings and conclusions supporting that ruling.

To date, we have not received a record of a hearing on the motion to substitute in this case. There appears to be some confusion with respect to what course of action needs to occur in this case.   Accordingly, for purposes of clarity and judicial economy the following is ordered:

**In lieu of a hearing in this case on the motion to substitute counsel, the trial court may, if it finds it appropriate, sign an order stating that it adopts its ruling regarding the motion to substitute counsel and its oral findings and conclusions made at the January 6, 2012 hearing in the related case (appellate cause number 01-11-00598-CR, trial court cause number 1285510).**

If the trial court determines such order to be appropriate, the trial court's order adopting its ruling on the motion to substitute and its findings and conclusions shall be sent to this Court no later than **August 13, 2012** in a supplemental clerk's record.

The appeal remains abated.   The appeal will be reinstated on this Court's active docket when the trial court's order regarding the motion to substitute is filed in this Court.

It is so **ORDERED**.

Justice's signature: /s/ Justice Laura C. Higley
             ☑   Acting individually

Date: July 16, 2012